FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
29
MAR 30 2006

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.                               4:06-CR-00090 SWW

ALISTADER JOVANNIE SUAREZ-REYES                          DEFENDANT

## ORDER

The Defendant in the above-styled case is not well-versed in the English language and is

unable to understand and comprehend the proceedings being conducted.  The Court therefore

directs that an interpreter be appointed, pursuant to Rule 28 of the Federal Rules of Criminal

Procedure, to enable the Defendant to communicate with and comprehend the presiding judicial

officers and other parties at any and all proceedings conducted in Court.

IT IS ORDERED that Ms. Auora De Armas, 100 North Rodney Parham Road, Little

Rock, Arkansas, 312-1300, be appointed as a Language Skilled interpreter to assist the

Defendant, counsel and the Court at any and all court proceedings in this case.

IT IS SO ORDERED, this _29th_ day of _March__, 2006

_____
UNITED STATES MAGISTRATE JUDGE